AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

THOMAS C. GREGOR,

          Plaintiff,

v.

NICHOLAS W. OSCARSON, JANE DOE OSCARSON, husband and wife, and their marital community; McKAY SEED CO., INC., a State of Washington corporation,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-125-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint and the claims therein are dismissed with prejudice, without costs or attorneys fees to any party.

June 10, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson